18 de enero de 2005

RECEIVED AND FILED
2005 JAN 20 PM 3:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

A quien pueda interesas:

El día 28 de junio de 2004, radique la moción #362, recibida el 30 de junio de 2004 donde hago constar el caso criminal 97-052 (DRD), US/U Ricardo Torres Galindo, quiero corregir el nombre de la Lcda. para que lea de la siguiente manera Lcda. Lidia Liza Rivar.

Gracias anticipadas y mis disculpas por el error cometido.

Sgto. Wilfredo García Díaz
División Vehículos Hurtados Ponce